MAR 10 2020 PM5:19
FILED-USDC-CT-NEW HAVEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:20CR 41 (JCH)-(TOF) |
| v. | VIOLATIONS: |
| MARIBER MOLINA, a.k.a. "Blondie" | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Possession with Intent to Distribute and Distribution of Cocaine Base and Fentanyl) |
| | 21 U.S.C. § 853 (Criminal Forfeiture) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Possession with Intent to Distribute, and Distribution of, Cocaine Base and Fentanyl)

1. On or about November 18, 2019, in the District of Connecticut, the defendant MARIBER MOLINA, a.k.a. "Blondie," knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of cocaine base ("crack cocaine") and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

FORFEITURE ALLEGATION
(Controlled Substance Offense)

2. Upon conviction of the controlled substance offense alleged in Count One of this Indictment, the defendant MARIBER MOLINA, a.k.a. "Blondie," shall forfeit to the United

States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation of Title 21, United States Code, Section 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, that violation and a sum of money equal to the total amount of proceeds obtained as a result of the offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property that cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

LEONARD C BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY